**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROSEMARY ROCKWOOD, | |
| Plaintiff, | No. 2:25-cv-02257-JHC |
| v. | **ORDER TO CONTINUE TRIAL AND ASSOCIATED DEADLINES** |
| HOLLAND AMERICA LINE LIMITED d/b/a HOLLAND AMERICA LINE LIMITED WA., a Curacao corporation; HOLLAND AMERICA LINE, INC., a Washington Corporation; HAL ANTILLEN N.V., a Curacao corporation; And CARNIVAL CORPORATION & PLC, a United Kingdom corporation, | |
| Defendants. | |

**ORDER**

Based upon the parties' Stipulated Motion, Dkt. # 14, IT IS ORDERED that the new trial date in this matter is May 24, 2027.  The Court DIRECTS the Clerk to enter a new, standard case scheduling order that includes pretrial deadlines, beginning with the deadline for expert disclosures.

DATED this 15th day of July, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE TRIAL AND ASSOCIATED
DEADLINES
Case No. 2:25-cv-02257-JHC - Page 2