**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROSEMARY ROCKWOOD,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE LIMITED d/b/a HOLLAND AMERICA LINE LIMITED WA., a Curacao corporation; HOLLAND AMERICA LINE, INC., a Washington Corporation; HAL ANTILLEN N.V., a Curacao corporation; And CARNIVAL CORPORATION & PLC, a United Kingdom corporation,<br><br>Defendants. | No. 2:25-cv-02257-JHC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Continue Trial and Associated Dates. Dkt. # 19. Given its calendar, the Court CONTINUES trial in this matter to October 25, 2027. The Court DIRECTS the Clerk to issue a standard case scheduling order that includes pretrial deadlines, beginning with the deadline for expert disclosures.

//

//

DATED this 7th day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE